# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133742

MARCEL RIDDLE-BEY, #180984

   Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

   Defendant-Appellee.

_____

SC: 133742
CoA: 276525

   On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 25, 2007, the Clerk of the Court is hereby directed to close this file.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

jm